USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION,

Plaintiff,

-v-

FERCAN E. KALKAN,

Defendant.

**ORDER**

26-CV-4320 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Based on the date of service, Defendant's deadline to respond to the complaint was August 10, 2026. ECF No. 15. To date, no response has been received. The answer deadline is extended *sua sponte* to **August 17, 2026**.

Plaintiff is directed to provide a copy of this order to Defendant using any known means of providing service to Defendant, including the notice provisions in the Guaranties.

**SO ORDERED.**

Dated: August 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge