UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/24/2026

MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION,

Plaintiff,

-v-

FERCAN E. KALKAN,

Defendant.

**ORDER**

26-CV-4320 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint request to adjourn the case management conference to a later date. ECF No. 22. The request is **GRANTED**.

The case management conference scheduled for August 27, 2026, at 11:00 a.m. is adjourned to **September 23, 2026** at **2:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 912 356 426#).

The parties are reminded that they shall send by email to RicardoNYSDChambers@nysd.uscourts.gov no later than **two business days** before the initial case management conference, a "Proposed Scheduling Order," in a Word document format, using the "Template for Proposed Case Management Plan and Scheduling Order" available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 22 as **GRANTED**.

**SO ORDERED.**

Dated: August 24, 2026
New York, New York

______________________________
Henry J. Ricardo
United States Magistrate Judge